Eastern District of Kentucky
FILED

JUN 27 2024

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### PIKEVILLE

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 7:24-CR-10-KKC

Eastern District of Kentucky
FILED

JUN 28 2024

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT



**MINNIE JOHNSON, and**
**JENNIFER FLETCHER**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 846

On or about a date in August 2021, the exact date unknown, and continuing through on or about March 7, 2024, in Magoffin County, in the Eastern District of Kentucky, and elsewhere,



**MINNIE JOHNSON, and**
**JENNIFER FLETCHER**

did conspire together and with others to knowingly and intentionally distribute controlled substances, to include 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and 40 grams or more of

Case: 7:24-cr-00010-KKC-EBA *SEALED*   Doc #: 1   Filed: 06/27/24   Page: 2 of 6 - Page ID#: 2

a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about April 2, 2023, in Magoffin County, in the Eastern District of Kentucky,



**MINNIE JOHNSON, and
JENNIFER FLETCHER**

did knowingly and intentionally possess with the intent to distribute controlled substances, to include 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
### 21 U.S.C. § 841(a)(1)

On or about February 20, 2024, in Magoffin County, in the Eastern District of Kentucky,

**MINNIE JOHNSON**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a detectable amount of heroin, a Schedule I controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 4
### 21 U.S.C. § 841(a)(1)
### 18 U.S.C. § 2

On or about February 22, 2024, in Magoffin County, in the Eastern District of Kentucky,



**MINNIE JOHNSON,**

aided and abetted by each other, did knowingly and intentionally distribute controlled substances, including a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 5
### 21 U.S.C. § 841(a)(1)

On or about March 3, 2024, in Magoffin County, in the Eastern District of Kentucky,

**JENNIFER FLETCHER**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 6
### 21 U.S.C. § 841(a)(1)

On or about March 6, 2024, in Magoffin County, in the Eastern District of Kentucky,



did knowingly and intentionally distribute controlled substances, including a mixture or substance containing 50 grams or more of a detectable amount of methamphetamine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a detectable amount of heroin, a Schedule I controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### FORFEITURE ALLEGATIONS
### 21 U.S.C. § 853

1.     By virtue of the commission of the felony offenses alleged in the Indictment, ██████████████ MINNIE JOHNSON, and JENNIFER FLETCHER shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violations of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. § 841. Any and all interest that ████████████████ MINNIE JOHNSON, and JENNIFER FLETCHER have in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2.     The property to be forfeited includes, but is not limited to, the following:

**CURRENCY:**
$6,071.00 in United States currency.

**FIREARMS:**
1. Hi-Point, model JHP, 45 caliber pistol with serial number 4236077;
2. Taurus, model Millennium G2, 9mm pistol with serial number TKW13884;
3. Mossberg, model 88 Maverick, 12 gauge shotgun with serial number MV502T0K;
4. Glock, model 42, 380 caliber pistol with serial number ACRD807;
5. Taurus, model G2C, 9mm semi-automatic pistol with serial number ACK407022; and
6. Associated Ammunition and Accessories

4.     If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

Case: 7:24-cr-00010-KKC-EBA *SEALED*  Doc #: 1  Filed: 06/27/24  Page: 6 of 6 - Page ID#: 6

## PENALTIES

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

      **If Prior Felony Drug Offense:** Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

**If responsible for 40 grams or more of a mixture of substance containing a detectable amount of fentanyl or 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine:** Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**If responsible for 500 grams or more of a mixture or substance containing Methamphetamine:** Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

**PLUS:**      Mandatory special assessment of $100 per count.

**PLUS:**      Forfeiture of listed items.